852

Present—

Bergan, P. J., Coon, Herlihy, Reynolds and Taylor, JJ.
In the Matter of the Claim of SYLVIA SALIT, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.—

Present —
Bergan, P. J., Coon, Herlihy, Reynolds and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WINSTON R. REEL, Appellant.—

Present — Bergan, P. J., Coon, Gibson, Herlihy and Taylor, JJ.

MAISLIN BROS. TRANSPORT, LTD., Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 34606.) GARY MOTOR LINES, INC., Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 34607.) JEAN WARREN, as Administrator of the Estate of RICHARD WARREN, Deceased, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 34608.)